FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 11 2023 ★
LONG ISLAND OFFICE

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
|---|
| 15-CR-338-1 (PKC) |
| DOCKET NUMBER (Rec. Court) |
| CR 23 016 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| Jon Cruz | SOUTHERN DISTRICT OF NEW YORK | SEYBERT, J. |
| | NAME OF SENTENCING JUDGE | |
| | P. Kevin Castel | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/30/2022 — TO 9/29/2032 |

**OFFENSE**

RECEIPT OF CHILD PORNOGRAPHY, in violation of 18 U.S.C. 2252A(a)(2)(B), a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/10/2023                                /s/ P. Kevin Castel
Date                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/12/23                          /s/ Joanna Seybert
Effective Date                   United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 12 2023 ★
LONG ISLAND OFFICE



```
                              FILED
                          IN CLERK'S OFFICE
                      U.S. DISTRICT COURT E.D.N.Y.

                      ★   JAN 11 2023   ★

                         LONG ISLAND OFFICE
```

January 11, 2023

**MEMORANDUM**

CR 23 016

SEYBERT, J.

To:     Alexander Corsini, Intake Work Leader

From:   Craig Schneider, Senior U.S. Probation Officer

Re:     Request for Judicial Assignment (Jon Cruz)

On July 20, 2017. Cruz was sentenced before the Honorable P. Kevin Castel, U.S. District Judge, to a custodial term of 84 months to be followed by a 10 year term of supervised release. This sentence followed his conviction on Receipt of Child Pornography in violation of 18 U.S.C. 2252A(a)(2)(B).  Given his residence in Nassau County, New York, supervision of this case has been maintained by the Eastern District of New York since his release on September 30, 2022.

On January 10, 2023, the Southern District of New York executed the attached Probation Form 22, authorizing a Transfer of Jurisdiction to the Eastern District of New York.  In accordance with same, we respectfully request judicial assignment.