AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23 Cr. 16 (JS) |
| Jon Cruz | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jon Cruz

Date:     03/18/2024

/s/
*Attorney's signature*

Sally Butler 2004281
*Printed name and bar number*

42-40 Bell Boulevard
Suite 302
Bayside, NY 11361

*Address*

SallyButlerEsq@yahoo.com
*E-mail address*

(718) 279-4500
*Telephone number*

(800) 761-0635
*FAX number*